71,541-06

Dear Clerk,
    This is to inform you of a Change of Address on the 11.07 filed on or about June 12th 2012.
Case No: 06-2832 —
    Thank you for your time and consideration in this matter.


P.S.          New Address: Terry Winchester #1403363
I'm reassigned          C.T. Terrell Unit
here.              1300 F.M. 655
      Thank you!     Rosharon, TX. 77583

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 24 2015

Abel Acosta, Clerk